UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| SHAWN CASAS, | Case No.: 2:21-cv-07235-SB-E |
|---|---|
| Plaintiff, | |
| vs. | ORDER TO SHOW CAUSE RE: DISMISSAL |
| CAPITAL ONE BANK USA, N.A., | |
| Defendant | |

The parties filed a notice of settlement on October 5, 2021.

IT IS HEREBY ORDERED that the parties are to show cause why the action should not be dismissed with prejudice. If the parties file a proposed order to dismiss the entire action with prejudice by October 29, 2021, the case will be dismissed and this order to show cause discharged without further notice. Otherwise, the defendant shall file a response to the complaint by November 5, 2021, and the parties should be prepared for the Court to set a date for the mandatory scheduling conference within 30 days thereafter.

Dated: October 6, 2021



Stanley Blumenfeld, Jr.
United States District Judge